139 A.3d 1257

**Darryl BOGGS, Petitioner**

v.

**Trevor WINGARD, Respondent.**

**No. 62 EM 2016.**

Supreme Court of Pennsylvania.

June 20, 2016.

## ORDER

PER CURIAM.

AND NOW, this 20th day of June, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**